THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT KEANE, Appellant.

Submitted June 5, 1944; decided June 8, 1944.

*Edward J. Neary,* District Attorney (*Philip Huntington* of counsel), for motion to dismiss appeal.

*Vincent Keane,* appellant in person, for motion for enlargement of time.

Motion to dismiss appeal denied.

Motion for enlargement of time granted and case set down for argument during second week of first autumn, 1944, session.